**Order entered August 3, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00196-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ROSENDO M. CASTILLO, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-11-78**

## ORDER

The Court **GRANTS** appellee's July 24, 2015 motion to substituted counsel. We **DIRECT** the Clerk to substitute April Smith as appellee's retained attorney of record in place of John F. Gussio III.

We note that contemporaneously with the motion to substitute counsel, Ms. Smith filed a motion to extend time to file appellee's brief. The motion was granted on July 27, 2015, granting an extension until August 25, 2015 to file appellee's brief. It does not appear, however, that a copy of the order granting the extension request was sent to Ms. Smith. Accordingly, we **DIRECT** the Clerk to forward to Ms. Smith, with this order, a copy of the July 27, 2015 order granting the extension of time to file appellee's brief.

/s/     ADA BROWN
        JUSTICE